JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN PRICE,<br><br>               Petitioner,<br><br>     v.<br><br>DANIEL PARAMO,<br><br>               Respondent. | Case No. LA CV 15-8571-ODW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED:  October 14, 2016                    _____

                                                HON. OTIS D. WRIGHT II
                                        UNITED STATES DISTRICT JUDGE